# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| REGINALD SCOTT, | : |
| Petitioner, | : |
| | : 1:07-CV-151 (WLS) |
| v. | : (6:07-CV-23 (WLS)) |
| STEVE UPTON, | : |
| | : 28 U.S.C. § 2254 |
| Respondent. | : |

## **O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 23), filed August 3, 2007. It is recommended that Petitioner's petition for habeas corpus made pursuant to 28 U.S.C. § 2254 be denied. (Doc. No. 23). The Petitioner has filed a timely objection to the Report and Recommendation. (Doc. No. 24).

Petitioner objects to the Report and Recommendation because the clerk for the superior court has not forwarded the Petitioner's records to the Georgia Supreme Court. First, the habeas corpus petition is still not timely because the petition was filed more than one year after the final judgment. Second, if the Georgia Supreme Court grants the Petitioner's application for a certificate of probable cause to appeal, then Petitioner would not have exhausted the state remedies, which bars a federal habeas corpus petition. Thus, the Court rejects and overrules Petitioner's objections. (Doc. 24).

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Petitioner's petition for habeas corpus made pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED** without prejudice**.** Petitioner's remaining motions, though not specifically addressed by the Magistrate Judge (Doc. Nos. 5, 11, 19, 21) are **DENIED as moot.**

SO ORDERED, this  6th  day of March, 2008.

                                                     /s/W. Louis Sands
                                                  **W. Louis Sands, Judge**
                                                  **United States District Court**